## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DANIEL LEE WILLIAMS, | : | PRISONER CIVIL RIGHTS |
| GDC ID 1194597, | : | 42 U.S.C. § 1983 |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-3834-WSD-CMS |
| UNNAMED DEFENDANT, | : | |
|     Defendant. | : | |

## FINAL REPORT AND RECOMMENDATION

By Order entered on December 4, 2017, I directed state inmate Daniel Lee Williams (A) to submit a more-carefully-drafted amended complaint and (B) either to (1) pay the $400 due in case initiation fees or (2) submit a fully-completed application for permission to proceed *in forma pauperis* within fourteen days. *See* [2]. Because Williams has not complied with that Order, I **RECOMMEND** that this case be **DISMISSED WITHOUT PREJUDICE**. *See* LR 41.3A(2), NDGa.

I **DIRECT** the Clerk to terminate the referral of this case to me.

**SO ORDERED,** this 27th day of December, 2017

*/s/ Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE